# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **BOARDRIDERS IP HOLDINGS, LLC,**<br><br>*Plaintiff*,<br><br>v.<br><br>**7 STARS ENERGETIC SPORTING & ENTERTAINMENT STORE, ET AL.,**<br><br>*Defendants*. | Case No.: 1:24-cv-2564-SEG |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff BOARDRIDERS IP HOLDINGS, LLC, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses this action against the following Defendants without prejudice, with each party to bear its own attorneys' fees and costs:

1. Dongguan City Bestway Sports Goods Technology Co., Ltd.

Dated: September 14, 2025.

                Respectfully submitted,
                THE SLADKUS LAW GROUP

                *s/ Carrie A. Hanlon*
                Carrie A. Hanlon
                Ga. Bar No. 289725
                E-mail: carrie@sladlaw.com
                Jason H. Cooper
                Ga. Bar No. 778884
                E-mail: jason@sladlaw.com

        1397 Carroll Drive
        Atlanta, Georgia 30318
        Telephone: (404) 252-0900
        Facsimile: (404) 252-0970

        ***Attorneys for Plaintiff***