IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **BOARDRIDERS IP HOLDINGS, LLC,**<br><br>*Plaintiff,*<br><br>v.<br><br>**7 STARS ENERGETIC SPORTING & ENTERTAINMENT STORE, ET AL.,**<br><br>*Defendants.* | Case No.: 1:24-cv-2564-SEG |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff BOARDRIDERS IP HOLDINGS, LLC, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses this action against the following Defendant without prejudice, with each party to bear its own attorneys' fees and costs:

1. Jcbasic Garment Accessories (shanghai) Co., Limited

Dated: October 11, 2025.

                    Respectfully submitted,
                    THE SLADKUS LAW GROUP

                    *s/ Jason H. Cooper*
                    Carrie A. Hanlon
                    Ga. Bar No. 289725
                    E-mail: carrie@sladlaw.com
                    Jason H. Cooper
                    Ga. Bar No. 778884
                    E-mail: jason@sladlaw.com

1397 Carroll Drive
Atlanta, Georgia 30318
Telephone: (404) 252-0900
Facsimile: (404) 252-0970

***Attorneys for Plaintiff***