IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **BOARDRIDERS IP HOLDINGS, LLC,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:24-cv-02564-SEG |
| ) | |
| **7 STARS ENERGETIC SPORTING &** ) | |
| **ENTERTAINMENT STORE,** *et. al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 83.1(E)(4) of the Northern District of Georgia, Abbie Alexis Cook, hereby withdraws as counsel of record for Plaintiff in the above-captioned matter.

Attorneys Jason Cooper (jason@sladlaw.com) and Carrie Hanlon (carrie@sladlaw.com) of The Sladkus Law Group will continue to represent Plaintiff in this action. All future correspondence and service of pleadings, papers, and other documents should continue to be directed to them.

Dated: October 14, 2025

Respectfully Submitted,
*/s/ Abbie Cook*
Abbie Cook
Ga. Bar No.: 905603
Ford Banister LLC
305 Broadway - Floor 7
New York, NY 10007
Telephone: 212-500-3268
Email: acook@fordbanister.com